IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 1:15cr19HSO-JCG

ISIDRO DURAN VALERIO

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Gregory K. Davis, United States Attorney, in and for the Southern District of Mississippi, through his Assistant, and respectfully represents:

That ISIDRO DURAN VALERIO, Arrest # 382828, is presently in custody of the Warden of Harrison County Jail at Gulfport, MS, and is a defendant in this cause, and his presence is required in the Southern District of Mississippi at Gulfport, Mississippi, on April 14, 2015 at 1:30 p.m. for certain proceedings in regard to the above-mentioned criminal action wherein she is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the Warden of Harrison County Jail at Gulfport, MS, to deliver the body of ISIDRO DURAN VALERIO, Arrest # 382828, to any United States Marshal or his deputy or any authorized law enforcement officer, and have him there on April 14, 2015 at 1:30 p.m. for certain proceedings and thereafter at such times and places as required by the Court until the case is disposed of, and thereafter any United States Marshal or his deputy or any authorized law enforcement officer, shall return the defendant to Warden of Harrison County Jail at Gulfport, MS, aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Dated:  April 3, 2015									Respectfully submitted,

									GREGORY K. DAVIS
									United States Attorney


							By:	  *s/ Shundral H. Cole*
									Shundral H. Cole
									MS Bar No. 103003
									Shundral.Cole@usdoj.gov
									Assistant U. S. Attorney
									1575 20th Avenue
									Gulfport, MS 39501
									Phone: (228)563-1560
									Fax: (228) 563-1571